**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-7569**

———————————

RUSSELL ADAM PELLETIER,

                    Plaintiff - Appellant,

    and

BOBBY PATTERSON; ALVIN O. WASHINGTON; LAYRANZY
ARMSTRONG,

                    Plaintiffs,

    versus

WHITNEY COLEMAN; BOBBY HARDISON; JACK MCKEEN;
MELBA JONES; KENNETH BILLER,

                    Defendants - Appellees,

    and

BERRY; LEWIS; CLATTERBUCK; WOLKOWICZ; STEVEN
KEYS; LUGGAR; DYER; GRAY; (MALE); GARRISON;
MCDANIALS; GRAVES; AYLOR; DR. REESE; CENTRAL
VIRGINIA REGIONAL JAIL, all Officers; E. L.
CROSLEY; RANDALL J. ARFT,

                    Defendants.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Glen E. Conrad, District Judge.
(CA-02-828-7)

———————————

Submitted:  January 13, 2005          Decided:  January 20, 2005

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Russell Adam Pelletier, Appellant Pro Se.  Elizabeth Kay Dillon, Jim Harold Guynn, Jr., GUYNN, MEMMER & DILLON, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Russell Adam Pelletier appeals the district court's order entering judgment in favor of Defendants in his 42 U.S.C. § 1983 (2000) action pursuant to a jury verdict.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Pelletier v. Coleman</u>, No. CA-02-828-7 (W.D. Va. Sept. 7, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>